| Information to identify the case: | | |
|---|---|---|
| Debtor | Amsterdam House Continuing Care Retirement Community, Inc. <br> Name | EIN: 11–3711764 |
| United States Bankruptcy Court   Eastern District of New York | | Date case filed for chapter:   11   3/22/23 |
| Case number:   8–23–70989–ast | | |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on 5/12/25 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

290 Federal Plaza
Central Islip, NY 11722

Dated: May 13, 2025

                                                For the Court, Paul Dickson, Clerk of Court

**BLeoc1.jsp** [Notice Confirming Chapter 11 Plan rev. 02/01/17]